USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

ATTORNEY OF RECORD:
MARK S. MANCHER, ESQ. (MM6162)

------------------------------------------------x
FOULA BOFOS,

          Plaintiff,

-against-

SQUEEZE AND MARAN, INC.,

          Defendants.
------------------------------------------------x

06-CV-7009 (JGK) (DFE)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Foula Bofos and Defendant that the above-captioned action be dismissed with prejudice in its entirety and with no award of attorneys' fees, costs or disbursements to either Plaintiff Foula Bofos or Defendant.

LIDDLE & ROBINSON, L.L.P.
*Attorneys for Plaintiff*
800 Third Avenue
New York, New York 10022

By: _____
James A. Baston, Esq. (2716)
Dated: June 6, 2007

JACKSON LEWIS, LLP
*Attorneys for Defendants*
58 South Service Road, Suite 410
Melville, New York 11747

By: _____
Mark S. Mancher, Esq. (MM6162)
Dated: 6/4/07

SO ORDERED ON THIS 20 DAY OF August, 2007

_____
U.S.D.J.

I:\Clients\AM\107611-Maran-Bofos\Stipulation Dismissal.doc